SEPTEMBER 10, 1943

**No. 48760.**— —Protests 54794–K, etc., of Wing Chong Lung Co. et al. C. D. 765. Defendant's application for rehearing denied.

**No. 48761.**——Protest 91822–K of John A. Conkey & Co. Plaintiff's application for rehearing denied.

SEPTEMBER 7, 1943

**No. 48762.**—SUIT 4417. —*Abercrombie & Fitch Co.* v. *United States.* C. A. D. 248.

BEFORE THE SECOND DIVISION, SEPTEMBER 15, 1943

**No. 48763.**—Protests 906748–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The established facts showed that certain of the items are similar to those involved in Abstract 47291. The claim at only 25 percent was sustained as to these items.

**No. 48764.**—Protests 949274–G, etc., of F. Blumenthal & Co. et al. (New York).

Opinion by TILSON, J. The established facts showed that certain of the items are similar to those involved in Abstract 47291. The claim at only 25 percent was sustained as to these items.

**No. 48765.**—Protests 907081–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items in question are similar to those involved in Abstract 47291. The claim at only 25 percent was sustained as to these items only.

**No. 48766.**—Protest 722719–G (A) of Charles Happel (New York).

Opinion by TILSON, J. The only witness stated that these hats consist of "8-bu" natural color paper hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at only 25 percent was sustained as to these items only.